United States District Court
Southern District of Texas
**ENTERED**
December 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMUEL McCAIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-21-2109 |
| | § | |
| TIER 1 COMPLETIONS SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Tier 1 Completions Solutions, Inc.'s motion to compel arbitration, (Docket Entry No. 11), is granted. Samuel McCain's claims against Tier 1 Completions are dismissed, without prejudice.

SIGNED on December 1, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge